IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 16-CI-04078

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| JENNIFER M. HAY | | PLAINTIFF |
| v. | **NOTICE OF REMOVAL** | 3:16-CV-615-CRS |
| ZIRMED, INC. | | DEFENDANT |

\*\*\*\* \*\*\*\* \*\*\*\*

Defendant, ZirMed Inc., through counsel, hereby gives notice of the removal of this civil action from the Jefferson Circuit Court, Eleventh Division, Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C § 1441 *et seq.* The grounds for removal are as follows:

1. On or about August 23, 2016, Plaintiff, Jennifer M. Hay ("Hay"), filed a civil action in Jefferson Circuit Court, Division Eleven, Jefferson County, Kentucky, captioned *Jennifer M. Hay v. ZirMed, Inc., Civil Action No. 16-CI-04078* (the "State Court Action"), against ZirMed, Inc.

2. Copies of the Civil Summons and Complaint were served on ZirMed's registered agent by certified mail on or about August 26, 2016. A true and accurate copy of the Complaint is attached hereto as Exhibit A. Plaintiff's Complaint asserted disability discrimination and retaliation claims under the Federal Medical Leave Act ("FMLA") and Kentucky Civil Rights Act, KRS Chapter 344.

3. Any civil action in state court over which the federal district courts would have original jurisdiction may be removed pursuant to the provisions of 28 U.S.C. §1441 *et seq*.

4. This Court has original jurisdiction over Count III of the State Court Action under the provisions of 28 U.S.C. § 1331 because it arises under federal law, specifically the FMLA.

5. This Court has supplemental jurisdiction over Plaintiff's state claims of disability discrimination and retaliation claims under the Kentucky Civil Rights Act, pursuant to the provisions of 28 U.S.C. § 1367, as these claims are so related to the federal claims as to form part of the same case or controversy.

6. This Notice of Removal is being timely filed within thirty (30) days of the date of entry of the Complaint on August 23, 2016.

7. A true and accurate copy of this Notice of Removal and accompanying exhibits and a separate Notice of Filing of Notice of Removal are being served upon Plaintiff's Counsel and filed with the clerk of the Jefferson Circuit Court, Jefferson County, Kentucky, in accordance with the provisions of 28 U.S.C. § 1446(d).

8. The Jefferson Circuit Court, where the State Court Action commenced, is within this Court's District.

9. In filing this Notice of Removal, Defendant does not waive any defenses available in this action.

10. This Notice of Removal has been verified by Counsel for Defendant herein, pursuant to 28 U.S.C. § 1446(a) and in compliance with Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE,** Defendant respectfully notifies this Court that the State Court Action pending against it in Jefferson Circuit Court has been removed to this Court in accordance with the foregoing statutory provisions.

Respectfully submitted,

/s/ Philip C. Eschels
Philip C. Eschels
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower
101 S. Fifth Street
Louisville, KY 40202
Telephone: (502) 587-3665
Fax: (502) 540-2219
Email: peschels@bgdlegal.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

It is hereby certified on the 26th day of September 2016, that a true and correct copy of the foregoing and all exhibits thereto was filed electronically via CM/ECF and a copy was mailed via U.S. Mail, postage prepaid upon the following:

Callie E. Walton
GWIN STEINMETZ & BAIRD, LLC
401 West Main Street
Suite 1000
Louisville, KY 40202
Email: cwalton@gsblegal.com

COUNSEL FOR PLAINTIFF

/s/ Philip C. Eschels
COUNSEL FOR DEFENDANT

17686922_1.docx